**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : NO. 916 |
| | : |
| APPOINTMENTS TO THE COMMITTEE | : SUPREME COURT RULES DOCKET |
| ON RULES OF EVIDENCE | : |
| | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 8th day of August, 2022, the Honorable Wendy G. Rothstein, Montgomery County, and Luke T. Weber, Esquire, Lancaster County, are hereby appointed as members of the Committee on Rules of Evidence for a term of six years, commencing October 1, 2022.